IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOBIAS TEIXEIRA DA FONSECA, | |
| Plaintiff, | Case No.: 1:23-cv-02536 |
| v. | Judge LaShonda A. Hunt |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sunil R. Harjani |
| Defendants. | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN FIRST AMENDED SCHEDULE A**

Plaintiff, pursuant to Fed. R. Civ. P. 55(b)(2), hereby moves this Honorable Court for Default Judgment against the Defendants identified in First Amended Schedule A.

The Court's Minute Entry Order [33] has been sent to Defendants on July 7, 2023 and a certificate of service is attached as Exhibit 1.

Plaintiff files herewith a Memorandum of Law in support.

DATED: July 7, 2023

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Tobias Teixeira Da Fonseca and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

                                          /s/ *Keith A. Vogt*
                                          Keith A. Vogt, Esq.