# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tobias Teixeira Da Fonseca

                                                                                    Plaintiff,

v.                                                                                      Case No.: 1:23−cv−02536

                                                                                      Honorable LaShonda A. Hunt

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 18, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic status hearing held. Defendants failed to appear. Plaintiff's Motion for Default Judgment Against the Defendants Identified in First Amended Schedule A [36] is granted for the reasons stated on the record. Signed order to follow. Civil case terminated. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.