IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOBIAS TEIXEIRA DA FONSECA,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 23-cv-02536<br><br>**Honorable LaShonda A. Hunt**<br><br>**Magistrate Judge Sunil R. Harjani** |

**DEFAULT FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff TOBIAS TEIXEIRA DA FONSECA ("Fonseca" or "Plaintiff") against the defendants identified on Schedule A, and using the Defendant Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and FONSECA having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered default against all Defaulting Defendants on June 30, 2023 [33], and Plaintiff having filed a motion for default judgment against those Defaulting Defendants.

This Court hereby orders that FONSECA's Motion for Default Judgment is GRANTED as follows, and that this Default Final Judgment is entered against Defaulting Defendants.

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, FONSECA has provided a basis to conclude that Defaulting

Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of TOBIAS TEIXEIRA DA FONSECA's federally registered copyrights which are protected by U.S. Copyright Registration Nos. VA 2-279-670; VA 2-279-669; VA 2-279-666; VA 2-279-690; VA 2-279-688; VA 2-279-684; VA 2-279-692; VA 2-279-586; VA 2-279-588; VA 2-279-584; and VA 2-279-581 (the "TOBIAS FONSECA Works") to residents of Illinois. *See* [13]. This Court further finds that Defaulting Defendants are liable for willful copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Fonseca's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Final Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the TOBIAS FONSECA Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Tobias Fonseca product or not authorized by Fonseca to be sold in connection with the TOBIAS FONSECA Works;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Tobias Fonseca product or any other product produced by Fonseca, that is not

        Fonseca's or not produced under the authorization, control, or supervision of Fonseca and approved by Fonseca for sale under the TOBIAS FONSECA Works;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Fonseca, or are sponsored by, approved by, or otherwise connected with Fonseca; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Fonseca, nor authorized by Fonseca to be sold or offered for sale, and which bear any of Fonseca's copyrights, including the TOBIAS FONSECA Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the TOBIAS FONSECA Works; and

    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the TOBIAS FONSECA Works or any reproductions, infringing copies or colorable imitations

        thereof that is not a genuine Tobias Fonseca product or not authorized by Fonseca to be sold in connection with the TOBIAS FONSECA Works.

3. Upon Fonseca's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the TOBIAS FONSECA Works.

4. Pursuant to 17 U.S.C. § 504(c)(2), Fonseca is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of infringing TOBIAS FONSECA Works on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, are hereby released to Fonseca as partial payment of the above-identified damages, and Third Party Providers, including Amazon, are ordered to release to Fonseca the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Fonseca shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Fonseca identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Fonseca may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Tobias Teixeira Da Fonseca and any e-mail addresses provided for Defaulting Defendants by third parties.

9. Ten Thousand dollar ($10,000) surety bond posted by Fonseca is hereby released to Fonseca or Plaintiff's counsel, Keith Vogt, Ltd. 33 West Jackson Boulevard, #2W Chicago, Illinois 60604. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or Plaintiff's counsel.

This is a Default Final Judgment.

Dated: July 18, 2023

LaShonda A. Hunt
United States District Judge

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | Nguyen Duc Quan |
| 2 | xiongdidian0815 |
| 3 | zhengzhoushierqiquruojubaihuoshanghang |
| 4 | ▮ |
| 5 | yaohuidedian |
| 6 | heya888ou |
| 7 | lingdebaihuo |
| 8 | xiabangbaihuo |
| 9 | xierunbaihuo |
| 10 | JCLDxd |
| 11 | wangyulong221016 |
| 12 | wangxueyanbaihuo |
| 13 | junjun221011 |
| 14 | ▮ |
| 15 | ▮ |
| 16 | Lu Van Nguyen |
| 17 | DANG VAN NAM |
| 18 | DUONG NAM |
| 19 | AnhNT Co.,Ltd |
| 20 | ▮ |
| 21 | Stella2021 |
| 22 | ▮ |
| 23 | CraftPinsShop |
| 24 | yingshengbaihuode |
| 25 | MOREMOREGO |
| 26 | senxiangbaihuo |
| 27 | guokunlunbaihuo |
| 28 | HONGLANSHANGMAO |
| 29 | henansudajiazhengyouxiangongsi |
| 30 | jiyushuma |
| 31 | TaiYuanZhiJiaMaoYiYouXianGongSi |
| 32 | chun369 |
| 33 | ▮ |
| 34 | HIEP BARBER |
| 35 | Pham Huu Trong |
| 36 | henanximengyuchenshangmaoyouxiangongsi |
| 37 | Julikuos Ltd |
| 38 | ▮ |
| 39 | zhenjang88n |
| 40 | Home Decor Xusu |

| | |
|---|---|
| 41 | BISACAN |
| 42 | |
| 43 | 长沙羽繁家居有限公司 |
| 44 | YTUGHJGVHVGFC |
| 45 | haikouyuhongyankejiyouxiangongsi |
| 46 | Nicutsle |
| 47 | uncenshuijm |
| 48 | |
| 49 | 日照绅坨电子商务综合服务有限公司 |
| 50 | binzhouhaozhushoushangmaoyouxiangongsi |
| 51 | xuexinyu |
| 52 | Pifeosji |
| 53 | yankaixuan123 |
| 54 | yangyanjunyhx |
| 55 | Flying XIE |
| 56 | litianchuan |
| 57 | lingshuigaoyuanwangluokejiyouxiangongsi |
| 58 | yuanzhouquhuhanjibaihuodian |
| 59 | pinghangjiadian |
| 60 | shuifuyajiaoshangmaoyouxiangongsi |
| 61 | HONZT |
| 62 | Reyor Shade |
| 63 | Jahahsmxjxixbh |
| 64 | Amrico Nilzia |
| 65 | LK-Sennua |
| 66 | Shop Phước |
| 67 | Enes Oruc KS |
| 68 | MugsTir |
| 69 | BAOBAOO |
| 70 | |
| 71 | BANOBAGI VITA LLC |
| 72 | bavip14 |
| 73 | |
| 74 | |
| 75 | NSArtDecor |
| 76 | Thanh Sơn Cong |
| 77 | LECUC91 |
| 78 | Shop online GV thắm |
| 79 | NUYPHUONG |
| 80 | Tranthuy150 |
| 81 | BRO-V |